**Louis Robert YORK, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

No. ED 99535.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 10, 2013.

Chris Koster, Attorney General, Mary Highland Moore, Assistant Attorney General, Jefferson City, MO, for appellant.

James William McGettigan, Jr., Eckelamp Kuenzel, LLP, Washington, MO, for respondent.

Before MARY K. HOFF, P. J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

The Director of Revenue appeals from the trial court's Judgment reinstating Louis Robert York's (York) driving privileges. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).